# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JERRY R. JACKS, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>JOSHUA COZEN-MCNALLY, AN<br>INDIVIDUAL; AND 702 LLC, A<br>NEVADA LIMITED LIABILITY<br>COMPANY,<br>Respondents. | No. 79661<br><br>**FILED**<br><br>NOV 04 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Appellant filed a notice of withdrawal of appeal. Appellant's notice is treated as a motion for voluntary dismissal. Cause appearing, the motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Harriet Cummings_

cc: Hon. Susan Johnson, District Judge
Royal & Miles, LLP
Kerry P. Faughnan
Eighth District Court Clerk

19-45109